UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN KERRY O'KEEFE,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>DOUG GILLESPIE, *et al.*,<br><br>　　　　　　　　Respondent. | Case No.  2:12-cv-01388-MMD-CWH<br><br>ORDER |

Petitioner, a *pro se* litigant, has submitted a petition for writ of habeas corpus to the Court along with several other documents. (Dkt. no. 1.) On October 11, 2012, the Court issued an order requiring petitioner to submit either a motion for leave to proceed *in forma pauperis* or the $5.00 filing fee. (Dkt. no. 3.) The order was mailed to petitioner at his address of record.  On October 18, 2012, the order mailed to petitioner was returned to the court as undeliverable. (Dkt. no. 4.)

Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times.  A litigant's failure to do so may result in dismissal of the action.  Local Special Rule 2-2.  Accordingly, the Court dismisses this action without prejudice pursuant to Local Special Rule 2-2.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the clerk SHALL ENTER judgment accordingly and close this case.

DATED THIS 13th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE